# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-1625

**Caption [use short title]**

**Motion for:** Motion to Withdraw as Counsel

United States v. Cosme

Set forth below precise, complete statement of relief sought:

Pryor Cashman LLP brings this unnopposed motion to withdraw as counsel to Defendant-Apellant William R. Cosme.

**MOVING PARTY:** N/A
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** United States

**MOVING ATTORNEY:** Jeffrey Alberts

**OPPOSING ATTORNEY:** Preet Bharara, U.S. Attorney, SDNY

[name of attorney, with firm, address, phone number and e-mail]

Pryor Cashman LLP
7 Times Square, New York, New York 10036
Tel: 212-326-0800/Email: jalberts@pryorcashman.com

by Martin S. Bell, Assistant U.S. Attorney
One St. Andrew's Plaza, New York, New York 10007
Tel: 212-637-2463/Email: martin.bell@usdoj.gov

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Jeffrey Alberts   Date: 6/10/2015   Service by: ☑ CM/ECF   ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)