UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                       <u>AFFIRMATION</u>

WILLIAM R. COSME,                            Dkt. No. 14-1625

                    Defendant-Appellant.
--------------------------------------------------------------X
STATE OF NEW YORK           )
NEW YORK COUNTY            ) ss.:
SOUTHERN DISTRICT OF NEW YORK    )

          JEFFREY ALBERTS, pursuant to Title 28, United States Code, Section 1746,

hereby affirms under penalty of perjury:

          1.       I am a partner at the law firm Pryor Cashman LLP.  I respectfully submit

this Affirmation in support of Pryor Cashman LLP's motion to withdraw as counsel for

Defendant-Appellant William R. Cosme in the above-referenced interlocutory appeal.

<b><u>PRELIMINARY STATEMENT</u></b>

          2.       Defendant William R. Cosme timely filed a notice of appeal on May 5,

2014, appealing from an Opinion and Order denying Mr. Cosme's motion to vacate or modify

pretrial forfeiture restraints on Mr. Cosme's property.  That notice stated that Mr. Cosme was not

represented by counsel.

          3.       On May 30, 2014, Pryor Cashman LLP filed a notice of appearance on

behalf of Mr. Cosme.  On August 8, 2014,  Pryor Cashman LLP filed a brief on behalf of Mr.

Cosme.  On October 7, 2014, Pryor Cashman LLP filed a reply brief and an oral argument

statement on behalf of Mr. Cosme.  On October 24, 2014, I appeared and argued on behalf of Mr.

Cosme.  This Court has not decided the appeal.

## DISCUSSION

4.    Pryor Cashman LLP is moving to withdraw as counsel for Mr. Cosme on several grounds.  First, Mr. Cosme continues to insist that this firm present arguments on his behalf that are not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law.  To protect the privilege of this firm's communication with Mr. Cosme, we do not disclose the nature of these defenses herein.

5.    Second, Mr. Cosme has failed to cooperate in his representation and otherwise made it unreasonably difficult for this firm to effectively represent him by repeatedly communicating directly with opposing counsel, by disclosing privileged legal advice to prosecutors in these communications, by attempting to negotiate directly with prosecutors to resolve his case, rather than communicating through counsel and by repeatedly accusing this firm of various forms of improper conduct.

6.    Third, Mr. Cosme has sent multiple communications to the government stating that this firm is representing him inadequately and that we are intentionally working against his interests.

7.    As required by Second Circuit Local Rule 4.1(d)(1), before moving to withdraw as appellate counsel, I told Mr. Cosme, by letter dated April 21, 2015, that (a) he must promptly obtain other counsel unless he desired to appear *pro se*, and (b) if he is financially unable to obtain counsel, this Court may appoint counsel under the Criminal Justice Act, 18 U.S.C. 3006A (CJA).

8.    I also have asked Mr. Cosme in the letter dated April 21, 2015, and subsequent communications, to complete one of the documents identified in Local Rule 4.1(d)(2)(A)-(D).  Mr. Cosme has not provided me with any of these documents.  Given that Mr.

Cosme has had over a month to make a decision as to whether to proceed *pro se* or obtain new counsel and provide this firm with one of the documents identified in Local Rule 4.1(d)(2)(A)-(D), and has failed to do so, this represents "exception circumstances" that "prevent counsel from meeting any of the requirements" stated in Local Rule 4.1(d)(2)(A)-(D). Local Rule 4.1(d)(2)(E).

9. The government does not oppose this motion. Mr. Cosme has stated that he opposes the motion and that rather than withdraw this firm should present arguments to this Court referenced in paragraph 4 above.

10. We recognize that it is unusual for a firm to ask to be relieved after briefing and oral argument is complete. However, in light of the extent of the disagreements between Mr. Cosme and this firm described above and in light of Mr. Cosme's ongoing requests for this firm to make additional filings with this Court that this firm believes are improper, we believe that it is necessary to withdraw as counsel.

11. I affirm under penalties of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct.

Dated: New York, New York
June 10, 2015

PRYOR CASHMAN LLP

By: /s/ Jeffrey Alberts
        Jeffrey Alberts
7 Times Square
New York, New York 10036-7311
Telephone: (212) 326-0800