# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States v.

William R. Cosme

**CERTIFICATE OF SERVICE**
Docket Number: 14-1625

I, Jeffrey Alberts (name), hereby certify under penalty of perjury that on June 10, 2015 (date), I served a copy of (a) Motion to Withdraw as Counsel (Form T-1080) and (b) Affirmation in Support of Motion to Withdraw

(list all documents)

by (select all applicable)*

- [ ] United States Mail
- [✓] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [✓] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| William R. Cosme | 7 Truman Drive | Farmingville | NY | 11738 |
| AUSA Martin Bell | One St. Andrew's Plaza | New York | NY | 10007 |
| | | | | |
| | | | | |

June 10, 2015
Today's Date

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form