# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand and fifteen.

Before:     José A. Cabranes,
               *Circuit Judge*.

_____

United States of America,
    Appellee,

                                 **ORDER**
v.                               Docket No. 14-1625

William R. Cosme, AKA William R. Cosmo,
    Defendant - Appellant.

_____

    Attorney Jeffrey E. Alberts moves on behalf of Pryor Cashman LLP to be relieved as counsel to Appellant.

    IT IS HEREBY ORDERED that the motion is DENIED.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

